## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| TIMOTHY CULLENEN,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>TOWN OF ROCKINGHAM and<br>VILLAGE OF BELLOWS FALLS<br>　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 1:16-CV-43<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties hereto stipulate and agree that the above-entitled action has been settled and it is hereby "DISMISSED WITH PREJUDICE."

Dated: 2/6/17

MONAGHAN SAFAR DUCHAM PLLC
Attorneys for the Town of Rockingham
and Village of Bellows Falls

By: _____
Brian P. Monaghan, Esq.

Dated: 2/10/17

ROBERT APPEL, ESQ.
Attorney for Timothy Cullenen

By: _____
Robert Appel, Esq.



MONAGHAN
SAFAR
DUCHAM PLLC

156 Battery Street
Burlington, VT 05401
T 802 660 4735
F 802 419 3662

92 Fairfield Street
St. Albans, VT 05478
T 802 524 0080
F 802 419 3662

www.msdvt.com

## ORDER

Based on the stipulation of the parties, this action is hereby ordered dismissed with prejudice, the parties to bear their own costs.

Dated on this 16th day of March, 2017.

/s/ J. Garvan Murtha

Honorable J. Garvan Murtha
United States District Judge



156 Battery Street
Burlington, VT 05401
T 802 660 4735
F 802 419 3662

92 Fairfield Street
St. Albans, VT 05478
T 802 524 0080
F 802 419 3662

www.msdvt.com